

# Fourth Court of Appeals
## San Antonio, Texas

September 30, 2020

No. 04-20-00381-CR

Dylan Wade **O'BRIANT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 15-07-11740-CR
Honorable Daniel J. Kindred, Judge Presiding

**ORDER**

This appeal is DISMISSED

It is so **ORDERED** on September 30, 2020.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 30th day of September, 2020.

_____
Michael A. Cruz, Clerk of Court